COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

DAVID MATTHEW ORTIZ,  §  No. 08-15-00344-CR

Appellant,  §  Appeal from the

v.  §  120th District Court

THE STATE OF TEXAS,  §  of El Paso County, Texas

State.  §  (TC# 20140D05092)

§

**O R D E R**

The Court GRANTS the Appellant's Reply Brief second motion for extension of time within which to file the brief until **March 13, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S REPLY BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jim Darnell, the Appellant's Attorney, prepare the Appellant's reply brief and forward the same to this Court on or before March 13, 2017.

IT IS SO ORDERED this 6th day of January, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.